TO: The CRIMINAL COURT appeal   8-23-15

(CLERK: ABEL acosta)

50,653-07

FROM: ORVIS WAYNE PORTER
# 0151565

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

MCLENNAN COUNTY JAIL
3201. E HWY 6
WACO, TEXAS 76705

WRIT CASE NUMBER
W10-24557-J(B)
W10-24557-J(C)

I am CURRENTLY lock, up in MCLENNAN—County JAIL in WACO, TEXAS, This is my—new address, I am CURRENT ON Bench, warrent. Since August 15, 2015 Could you please send, any OR LegAl mail, if the court has send any to PACK I UNit,
    2400 WALLACE PACK Rd.
    NAVASOTA, TEXAS 77868

Thank you!
ORVIS WAYNE PORTER
#1905515